**Order entered September 8, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01506-CR

**ROYNECO HARRIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F16-76148-Y**

## ORDER

Before the Court is relator's September 2, 2020 pro se second motion to extend the time to file his motion for rehearing. Relator requests a second extension because his prison unit's library is closed due to the covid-19 pandemic. The Court **GRANTS** the motion and extends the time to file relator's motion for rehearing until October 15, 2020.

/s/     KEN MOLBERG
         JUSTICE